NO.
12-08-00026-CR

NO. 12-08-00027-CR

NO. 12-08-00028-CR

NO. 12-08-00029-CR

NO. 12-08-00030-CR

NO. 12-08-00031-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

FRANCISCO SAUCEDO,   §          APPEALS
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            In six
separate cases, Appellant pleaded guilty to the offense of aggravated assault
against a public servant, a first degree felony.  Sentence was imposed in each case on December
11, 2006. We have received the trial court’s certification showing that
Appellant waived his right to appeal in each case.  See Tex.
R. App. P. 25.2(d).  Accordingly,
the appeals are dismissed for want of jurisdiction.

Opinion delivered January 23,
2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

(DO NOT PUBLISH)